UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**EDILBERTO I CAVERO,**

    **Plaintiff,**

v.                           Case No.: **1:13-cv-22252-WJZ**

**PORTFOLIO RECOVERY ASSOCATES, LLC,
WELLS FARGO BANK N.A.,
JANE or JOHN DOE,**

    **Defendant.**
_____/

## WELLS FARGO BANK, N.A.'S DISCLOSURE STATEMENT

    Defendant, Wells Fargo Bank, N.A. is wholly owned by Wells Fargo & Company. Wells Fargo & Company is a publicly traded corporation on the New York Stock Exchange under the symbol WFC. Wells Fargo & Company is not aware of any publicly held corporation that owns 10% or more of its stock.

                                          Respectfully submitted,

                                          FOX ROTHSCHILD LLP
                                          222 Lakeview Avenue, Suite 700
                                          West Palm Beach, FL 33401
                                          Telephone: (561) 835-9600
                                          Facsimile: (561) 835-9602

                                          By: */s/ Thomas C. Allison*
                                                  Thomas C. Allison
                                                  Florida Bar No. 35242
                                                  tallison@foxrothschild.com

                                          *Attorneys for Wells Fargo Bank, N.A.*

*Cavero v. Portfolio Recovery Associates LLC, et al.*
Case No. 1:13-cv-22252-WJZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF and by regular U.S. Mail to all parties on the below list on this <u>23rd</u> day of July, 2013.

> FOX ROTHSCHILD LLP
> 222 Lakeview Avenue, Suite 700
> West Palm Beach, FL 33401
> Telephone: (561) 835-9600
> Facsimile: (561) 835-9602
>
> By: */s/ Thomas C. Allison*
>      Thomas C. Allison
>      Florida Bar No. 35242
>      tallison@foxrothschild.com
>
> *Attorneys for Wells Fargo Bank, N.A.*

**SERVICE LIST:**

Edilberto I. Cavero, *pro se*
1421 SW 107th Ave., #259
Miami, FL 33174
ecavero@aol.com

2
FOX ROTHSCHILD LLP

21862057v1 07/23/2013