UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  13-22252-CIV-ALTONAGA/Simonton

EDILBERTO I. CAVERO,

      Plaintiff,

vs.

PORTFOLIO RECOVERY
ASSOCIATES, LLC, *et al.*,

      Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff's Motion for Voluntary Dismissal Without Prejudice as to Defendant Portfolio Recovery Associates[,] LLC ("Motion") [ECF No. 32], filed October 9, 2013.  On October 8, 2013, the Court entered an Order [ECF No. 31] administratively closing and staying the case "pending a final transfer decision by the Judicial Panel on Multidistrict Litigation." (*Id.*).  Given the Court's October 8 Order, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 32]** is **DENIED** as moot.  If the case is ultimately not transferred and instead reopened before the Court, the Plaintiff may re-file a motion for voluntary dismissal at that time, if appropriate.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of October, 2013.

*Cecilia M. Altonaga*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record; Plaintiff