UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

EDILBERTO I. CAVERO,

    Plaintiff,

v.

                                                              Case No.: 1:13-cv-22252-WJZ

PORTFOLIO RECOVERY ASSOCIATES,
LLC; WELLS FARGO BANK N.A.; and JANE
OR JOHN DOE,

    Defendants.
_____/

## DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S STATUS REPORT AS TO CONDITIONAL TRANSFER ORDER

Defendant, Portfolio Recovery Associates, LLC, by and through its undersigned counsel and in accordance with this Court's Order dated October 8, 2013, hereby files this, its Status Report regarding the Conditional Transfer Order transferring this case to the Multidistrict Litigation, In re: Portfolio Recovery Associates, LLC, Telephone Consumer Protection Act Litigation (MDL No. 2295) (the "MDL"), and states as follows:

1.    In accordance with the MDL Notice of Hearing Session attached hereto as *Exhibit A*, the consideration of the issues raised in the objections to the transfer of this matter to the MDL was scheduled for consideration without hearing on December 5, 2013. *See page 22 of Exhibit A.*

2.    Because the matter was considered without argument, it is unclear as to when the Panel will reach its decision on the transfer. Counsel for Defendant will notify the Court as soon as he receives ruling on the issues considered by the Panel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2013, this document was electronically filed with the Clerk of Court using the ECF electronic filing system which electronically notifies the following:

> Thomas C. Allison, Esq.
> Fox Rothschild, LLP
> 222 Lakeview Avenue, Suite 700
> West Palm Beach, FL 33401
> tallison@foxrothschild.com

I FURTHER CERTIFY that on December 9, 2013, this document was e-mailed to the following:

> Edilberto I. Cavero, *pro se*
> 1421 SW 107th Avenue, Apt. 259
> Miami, FL 33174
> ecavero@aol.com

>> *s/ Robert E. Sickles*
>> Robert E. Sickles
>> rsickles@hinshawlaw.com
>> Florida Bar No. 167444
>> **HINSHAW & CULBERTSON LLP**
>> 100 South Ashley Drive, Suite 500
>> Tampa, FL 33602
>> Telephone: 813-276-1662
>> Facsimile: 813-276-1956
>> *Counsel for Defendant Portfolio Recovery Associates, LLC*