UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by SATS D.C.
FEB 06 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

EDILBERTO I CAVERO

    Plaintiff

Vs.                                                        CASE #:13-cv-22252-ALTONAGA

PORTFOLIO RECOVERY ASSOCIATES LLC

WELLS FARGO BANK NA

JANE or JOHN DOE

    Defendants

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, Edilberto I. Cavero, hereby dismiss all of his claims against Defendant, PORTFOLIO RECOVERY ASSOCIATES LLC with prejudice, with each side to bear its own attorneys' fees and costs.

February 6, 2014                                                    Respectfully submitted,

                                                                           Edilberto I Cavero, Pro se

                                                                           1421 SW 107 AVE #259

                                                                           MIAMI FL 33174

                                                                           Email: *ecavero@aol.com*

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 6, 2014 this document properly served to the following:
ROBERT E SICKLES

HINSHAW & CULBERTSON LLP

100 SOUTH ASHLEY DRIVE, SUITE 500

TAMPA, FL 33602

rsickles@hinshawlaw.com

knovak@hinshawlaw.com