UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

EDILBERTO I CAVERO,

Plaintiff,

v.                                                          Case No.: 1:13-cv-22252-CMA

PORTFOLIO RECOVERY ASSOCIATES, LLC,

WELLS FARGO BANK, N.A.,

JANE or JOHN DOE,

Defendants.

## JOINT NOTICE OF SETTLEMENT

COME NOW, Plaintiff, Edilberto I. Cavero, *pro se*, and Defendant WELLS FARGO BANK, N.A., by and through its undersigned attorney, and respectfully give notice that all claims asserted in this matter have been settled. The parties have come to an agreement on the terms of settlement and are finalizing the settlement documents. The parties expect to have a fully executed settlement agreement within the next ten (10) days. Following full execution of the settlement agreement, Plaintiff will submit a dismissal with prejudice of this action.

Date: February 28, 2014

Respectfully submitted,

By: */s/ Edilberto I. Cavero*
Edilberto I Cavero, *pro se*
1421 SW 107 AVE #259
MIAMI FL 33174
Phone #:786-295-7615
Email:*ecavero@aol.com*

By : */s/ Thomas C. Allison*
FOX ROTHSCHILD LLP
Thomas C. Allison, Esq
222 LAKEVIEW AVE. SUITE 700
WEST PALM BEACH FL 33401
Phone #: 561-835-9600
tallison@foxrothschild.com

*Attorneys for WELLS FARGO BANK, N.A.*