UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

EDILBERTO I CAVERO

Plaintiff

Vs.                                                                                        CASE #:13-cv-22252-ALTONAGA

PORTFOLIO RECOVERY

ASSOCIATES LLC et al

Defendants

### JOINT STIPULATION OF DISMISSAL

COMES NOW, the Plaintiff, EDILBERTO I CAVERO, and Defendant WELLS FARGO BANK NA by and through its undersigned attorney and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action each party to bear their costs and attorney fees.

April 18, 2014

Respectfully submitted,

By: _____                          By: _____
Edilberto I Cavero, Pro se                                        FOX ROTHSCHILD LLP
1421 SW 107 AVE #259                                           Thomas C. Allison
MIAMI FL 33174                                                       ESPERANTE BUILDING
Phone #:786-295-7615                                           222 LAKEVIEW AVE., SUITE 700
Email:ecavero@aol.com                                         WEST PALM BEACH FL 33401
                                                                                 Phone #: 561-804-4435
                                                                                 tallison@foxrothschild.com